UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RANDALL AARON MORTON,<br><br>   Plaintiff,<br>   v.<br><br>RANDELL STEPHENSON, AT&T, JEFF BEWKES, TIME WARNER, ROBERT IGER, THE WALT DISNEY COMPANY, RUPERT MURDOCH, 21ST CENTURY FOX, and DOES 1-1,000,<br><br>   Defendants. | Case No. 8:17-cv-2198-JLS-DFM<br><br>**RULE 54(B) JUDGMENT** |

The Court dismissed Plaintiff's Complaint on June 13, 2018 with leave to amend within 21 days. Although Plaintiff filed a Second Amended Complaint ("SAC") on July 3, 2018, the SAC did not set forth any claims against THE WALT DISNEY COMPANY.

Because Plaintiff's "allegations against AT&T (related to its merger with Time Warner) were improperly joined with his allegations against Disney (related to its potential merger with 21st Century Fox)," ECF 47 at 8, the Court determines pursuant to Federal Rule of Civil Procedure 54(b) that there is no just reason for delay in entering judgment for Defendant THE WALT DISNEY COMPANY. Accordingly, judgment is hereby entered in favor of Defendant THE WALT DISNEY COMPANY and against Plaintiff.

**IT IS SO ORDERED.**

DATED: August 14, 2018

_____
Hon. Josephine L. Staton
United States District Judge